No. 99–1761. NOVARTIS PHARMACEUTICALS CORP., FKA SANDOZ PHARMACEUTICALS CORP. *v.* PARNELL, INDIVIDUALLY AND

ON BEHALF OF HER MINOR SON, PARNELL, ET AL. C. A. 11th Cir. Certiorari denied.